UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMY BANKS,

    Plaintiff,

vs.

                                            CASE NO.: 3:14-cv-65-J-39MCR

RUSTY RAY RODGERS, an individual
And FLORIDA DEPARTMENT OF LAW
ENFORCEMENT,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, Jeremy Banks, by and through his undersigned attorney, pursuant to Rule 1.350, requests Defendant, Florida Department of Law Enforcement ("FDLE") to produce the documents listed herein for inspection and/or copying at the office of the Defendant's attorney, Robert L. McLeod II, The McLeod Firm, 1200 Plantation Island Drive S., Suite 140, St. Augustine, FL 32080, within the time allowed by law.

### DOCUMENTS TO BE PRODUCED

1. Cellular and land line telephone records (including text messages) and emails from lead investigative Agent Rusty Rodgers, Special Agent in Charge Dominic Pape, and Agent Mark Brutnell from February of 2011 through March 2012, involving communications regarding any issue concerning the death investigation of Michelle O'Connell and investigation of Jeremy Banks, including calls to and from the O'Connell family, media, potential or actual witnesses, potential or actual experts and public officials/law enforcement offices and officers.

EXHIBIT "A"

2. E-mails to and from Agent Rodgers, SAC Pape, Agent Brutnell and Agent John Kemner, regarding any issue concerning the death investigation of Michelle O'Connell and investigation of Jeremy Banks from February of 2011 to present.

3. All FDLE policies and procedures that relate to obtaining search warrants, interviewing witnesses, and communication with the media.

4. All internal memoranda regarding any issue concerning the death investigation of Michelle O'Connell and investigation of Jeremy Banks from February of 2011 to present.

5. A complete copy of all executive or internal investigations regarding Agent Rodgers regarding his actions on this case, and any related issue or topic.

6. Copies of all letters and any electronic communications of any type, to and from FDLE and any of its agents or employees regarding Agent Rodgers' actions in this investigation, (Michelle O'Connell).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2014, a true and correct copy of the foregoing was served via e-mail to Chelsea R. WI Nicki, Esq., Kubrick Draper at crw@kubickidraper.com; Leonard T. Hackett, Esq. and Candace Padgett, Esq., Verne's & Bowling of North Florida, P.A., at Lhackett@florida-law.com and Cpadgett@florida-law.com; and William J. Sheppard, Esq., Elizabeth L. White, Esq., Matthew R. Kachergus, Esq., Bryan E. DeMaggio, Esq. and Jonathan Graessle, Esq., Sheppard, White & Kachergus P.A. at sheplaw@att.net

the mcleod firm


_/s/ L Morton_
ROBERT L. McLEOD II
Fla. Bar No. 369632
LESLIE H. MORTON
Fla. Bar No. 380709
1200 Plantation Island Drive South
Suite 140
St. Augustine, FL 32080
Telephone: 904/471-5007
Facsimile: 904/461-5059
service@themcleodfirm.com (Primary)
lmorton@themcleodfirm.com (Secondary)
Attorneys for Plaintiffs