**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEREMY BANKS,

    Plaintiff,

vs.                                                                   CASE NO. 3:14-cv-65-J-39MCR

RUSTY RAY RODGERS, an individual,
and the FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendants.
_____/

**O R D E R**

In light of counsel's representation that the parties now have resolved the scheduling dispute concerning the deposition of Rusty Ray Rodgers (Doc. 54, Notice of Withdrawal), the Court accepts the Notice of Withdrawal and deems the earlier filed Motion (Doc. 53) is **moot**. The Clerk shall terminate the Motion (Doc. 53). The parties' counsel are encouraged to confer <u>in person or by telephone</u> in an effort to resolve discovery disputes, such as the one presented by the instant Motion, prior to seeking Court intervention. *See* M.D. Fla. R. 3.01(g); *Davis v. Apfel*, No. 6:98-cv-651-ORL-22A, 2000 WL 1658575, *2 n1 (M.D. Fla. Aug. 14, 2000); *Lippy v. Metropolitan Cas. Ins. Co.*, No. 3:10-cv-727-J-34MCR, 2010 WL 4007035, *1 (M.D. Fla. Oct. 13, 2010)

**DONE AND ORDERED** in Jacksonville, Florida this <u>24th</u> day of February 2015.

*/s/ Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE